# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

HEARTLAND HEALTH & WELLNESS
FUND, A SELF-FUNDED ERISA
MULTIEMPLOYER FUND, BY HENRY B.
TAYLOR, AND JOE CHORPENNING, IN
THEIR CAPACITY AS TRUSTEES,

            Plaintiff,

v.

JANET L. BILLETER, et al.,

            Defendants.

Case No. 2:17-CV-00214
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Jolson

## ORDER

This matter is before the Court on the parties' Joint Motion to Replace Documents with Redacted Versions. (Doc. 30). The Motion explains that Defendant Janet Billeter was injured on September 9, 2015, when, as a pedestrian, she was hit by a passing tractor/trailer. The underlying tort litigation settled, but was subject to a confidentiality agreement restricting disclosure of the settlement terms or amount. In this case, Plaintiff, Janet Billeter's health care plan, seeks to enforce a lien against the proceeds of the settlement. The parties state that, "[i]n the course of briefing, certain inadvertent references have been made to different aspects of the settlement, including the overall settlement amount, the dates and amounts of certain payments made to Mrs. Billeter thereunder, and Mrs. Billeter's social security number." (*Id*. at 2). Thus, the parties move this Court to substitute documents in the current record with redacted versions of those documents.

Upon review, the undersigned finds that the Motion properly demonstrates a compelling reason for filing under seal and is narrowly tailored to serve that reason. *See Blasi v. United Debt Servs., LLC*, No. 2:14-CV-83, 2016 WL 3765539, at *1 (S.D. Ohio July 14, 2016) (noting

that a proper motion to seal must "demonstrate[] a compelling reason for filing under seal, . . . must be narrowly tailored to serve that reason," and must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations"). Accordingly, for good cause shown, the Joint Motion to Replace Documents with Redacted Versions is **GRANTED.** (Doc. 30). Consequently, the Clerk is **DIRECTED** to replace the documents as set forth in the Joint Motion and related attachments.

    IT IS SO ORDERED.


Date: March 16, 2018                                      /s/ Kimberly A. Jolson
                                                                              KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE